UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GERSON MORALES GARCIA,<br><br>    Plaintiff,<br><br> v.<br><br> MARKWAYNE MULLIN et al.,<br><br>    Defendants. | Case No. 5:26-cv-01878-SB-DMK<br><br><br>ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. NO. 4] |

Petitioner Gerson Morales Garcia, a noncitizen, is detained at the Adelanto Detention Center while his removal proceedings are pending.  On April 15, 2026, he filed a habeas corpus petition and an ex parte application for a temporary restraining order (TRO) seeking a bond hearing under 8 U.S.C. § 1226(a).  On April 23, the government filed a response stating that "Respondents are not presenting an opposition argument with respect to providing Petitioner a bond hearing at this time."  Dkt. No. 10.

The Court therefore grants the TRO application as unopposed and orders Respondents to provide Petitioner with an individualized bond hearing before an immigration judge within seven days of this order, in accordance with 8 U.S.C. § 1226(a) and its implementing regulations, including 8 C.F.R. §§ 236.1(d)(1), 1003.19.

The Court will treat the government's response to the TRO application as a response to the merits of the petition.  By May 11, 2026, the government shall file a report on the status of its compliance with this order.  By May 13, 2026, Petitioner shall file a request for dismissal or show cause why dismissal should not be ordered in light of this order.  Petitioner's failure to timely respond to this order will be construed as consent to dismiss the petition and close the case.

Date: April 30, 2026

_____
    Stanley Blumenfeld, Jr.
    United States District Judge

1