JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GERSON MORALES GARCIA,

    Plaintiff,

v.

MARKWAYNE MULLIN et al.,

    Defendants.

Case No. 5:26-cv-01878-SB-DMK

ORDER DISMISSING HABEAS PETITION

    The Court previously granted Petitioner's ex parte application for a temporary restraining order and required him to file a request for dismissal or show cause why dismissal should not be ordered by May 13, 2026, warning him that "Petitioner's failure to timely respond to this order will be construed as consent to dismiss the petition and close the case." Dkt. No. 11. Petitioner did not timely respond to the order. The habeas petition is therefore dismissed as moot.

Date: May 18, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1