JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GERSON MORALES GARCIA,

     Plaintiff,

v.

MARKWAYNE MULLIN et al.,

     Defendants.

Case No. 5:26-cv-01878-SB-DMK

FINAL JUDGMENT

     For the reasons stated in the order granting Petitioner's ex parte application for a temporary restraining order (Dkt. No. 11) and the separate order of dismissal entered this date, it is ordered that Plaintiff Gerson Morales Garcia's claims are dismissed as moot.

     This is a final judgment.

Date: May 18, 2026

_____

     Stanley Blumenfeld, Jr.
     United States District Judge